

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2022

No. 04-22-00456-CR

Martin **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 8369
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record was due by July 25, 2022, but it was not filed. On July 27, 2022, the court reporter filed a notification of late record requesting a sixty-day extension of time to file the record. Under Rule 35.3, this court is responsible for ensuring the appellate record is timely filed, and any extension we grant "must not exceed 30 days in an ordinary or restricted appeal." *See* TEX. R. APP. P. 35.3(c). Accordingly, we **grant in part** the court reporter's request for an extension, and we **order** the court reporter to file the record **by August 24, 2022**. If by that date, the court reporter needs an additional extension, she is advised she must file a second request for an extension.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court